## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES INTERNATIONAL TRADE COMMISSION**<br>**500 E Street, SW**<br>**Washington, D.C. 20436**<br>**(202)708-5468**<br><br>**Petitioner,**<br><br>**v.**<br><br>**SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.**<br>**7001 Development Drive**<br>**Research Triangle Park, N.C. 27709**<br><br>**Respondent.** | **Miscellaneous No. _____** |

## MOTION TO SEAL CONFIDENTIAL EXHIBITS A & B

Pursuant to section 333(b) of the Tariff Act of 1930, 19 U.S.C. § 1333(b),

the United States International Trade Commission (the "Commission") has

petitioned the United States District Court for the District of Columbia for an

order requiring respondent Sony Ericsson Mobile Communications (USA) Inc.

("Sony Ericsson") of Research Triangle Park, North Carolina to produce evidence

and a witness in accordance with a Subpoena Ad Testificandum and a Subpoena

Duces Tecum issued by the Commission on July 23, 2007, in the course of its

administrative proceeding entitled *Certain GPS Chips, Associated Software and Systems, and Products Containing Same*, Inv. No. 337-TA-596.

The Commission has referenced five exhibits in its petition and supporting memorandum. Two of the exhibits (Exhibits A & B) identified in the Commission's Memorandum of Points and Authorities in Support of Petition for an Order to Enforce Subpoenas Issued By the United States International Trade Commission and Request for Expedited Treatment contain Sony Ericsson's confidential business information and as such are subject to the Commission's protective order. In accordance with Local Civil Rule 5.1(j), the Commission moves the Court to seal Confidential Exhibits A & B. These documents are attached to this motion and are filed in a securely sealed envelope that is marked as "DOCUMENTS SUBJECT TO PROTECTIVE ORDER."

A proposed order is attached with a service list.

Date: February 5, 2008

Respectfully submitted,

James M. Lyons
General Counsel
D.C. Bar No. 304121

Wayne W. Herrington
Assistant General Counsel
D.C. Bar No. 55038


Michelle Walters
Attorney-Advisor
D.C. Bar No. 489524
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, D.C. 20436
tel.:  (202) 708-5468
fax:  (202) 205-3111

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION<br><br>Petitioner,<br><br>v.<br><br>SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.<br><br>Respondent. | Miscellaneous No. _____ |

## ORDER

Petitioner United States International Trade Commission has moved to seal

Confidential Exhibits A & B to the Memorandum of Points and Authorities in

Support of Petition for an Order to Enforce Subpoenas Issued By the United States

International Trade Commission and Request for Expedited Treatment.  Upon

consideration thereof,

**IT IS ORDERED THAT** the motion is granted.

_____
United States District Judge

Date: _____

Order to be served on:

    Michelle Walters
    United States International Trade Commission
    500 E Street, SW
    Washington, D.C. 20436
    Telephone: (202) 708-5468
    Facsimile: (202) 205-3111

    Sony Ericsson Mobile Communications (USA) Inc.
    c/o Marcia Sundeen
    Kenyon & Kenyon
    1500 K Street, NW, Suite 700
    Washington, D.C. 20005