IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INTERNATIONAL
TRADE COMMISSION

Petitioner,

v.

SONY ERICSSON MOBILE
COMMUNICATIONS (USA) INC.

Respondent.

**FILED**
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Miscellaneous No.
1:08-mc-0062-EGS

## ORDER

Upon consideration of the United States International Trade Commission's motion to withdraw its petition for an order to enforce its Subpoena Ad Testificandum and Subpoena Duces Tecum which are the subject of this proceeding, it is hereby

**ORDERED** that the Commission's motion is GRANTED.

_____
United States District Judge

Date: 4/17/08

Order to be served on:

Michelle Walters
United States International Trade Commission
500 E Street, SW
Washington, D.C. 20436
Telephone: (202) 708-5468
Facsimile: (202) 205-3111

Sony Ericsson Mobile Communications (USA) Inc.
c/o Marcia Sundeen
Kenyon & Kenyon
1500 K Street, NW, Suite 700
Washington, D.C. 20005