**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**500 E Street, SW**
**Washington, D.C. 20436**
**(202) 708-5468**

**Petitioner,**

**v.**

**SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.**
**7001 Development Drive**
**Research Triangle Park, N.C. 27709**

**Respondent.**

**Miscellaneous No. 1:08-mc-0062-EGS**

**MOTION TO WITHDRAW THE UNITED STATES INTERNATIONAL TRADE COMMISSION'S PETITION FOR AN ORDER TO ENFORCE TWO SUBPOENAS**

The United States International Trade Commission (the "Commission") hereby moves to withdraw its February 5, 2008 petition requesting an order requiring respondent Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson") of Research Triangle Park, North Carolina, to produce a witness and evidence in accordance with a Subpoena Ad Testificandum and Subpoena Duces

Tecum ("subpoenas"). The subpoenas were issued by the Commission on July 23, 2007, in the course of its administrative proceeding entitled *Certain GPS Chips, Associated Software and Systems, and Products Containing Same*, Inv. No. 337-TA-596.

SiRF Technology, Inc. of San Jose, California, the party who requested enforcement of the subpoenas and for whose benefit the petition for enforcement was filed, has received the information it sought and no longer seeks enforcement. Accordingly, the Commission moves to withdraw its petition for an order to enforce the subpoenas. A memorandum of points and authorities in support of this motion and a proposed order are attached.

Date: April 14, 2008

Respectfully submitted,

James M. Lyons
General Counsel
D.C. Bar No. 304121

Wayne W. Herrington
Assistant General Counsel
D.C. Bar No. 55038

Michelle Walters
Attorney-Advisor
D.C. Bar No. 489524
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, D.C. 20436
tel.: (202) 708-5468
fax: (202) 205-3111

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES INTERNATIONAL TRADE COMMISSION**<br>**500 E Street, SW**<br>**Washington, D.C. 20436**<br>**(202) 708-5468**<br><br>**Petitioner,**<br><br>**v.**<br><br>**SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.**<br>**7001 Development Drive**<br>**Research Triangle Park, N.C. 27709**<br><br>**Respondent.** | **Miscellaneous No. 1:08-mc-0062-EGS** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNITED STATES INTERNATIONAL TRADE COMMISSION'S MOTION TO WITHDRAW ITS PETITION FOR AN ORDER TO ENFORCE TWO SUBPOENAS**

This memorandum is submitted in support of the motion of the United States International Trade Commission (the "Commission") to withdraw its February 5, 2008 petition for an order to enforce a Subpoena Ad Testificandum and Subpoena Duces Tecum ("subpoenas") issued by the Commission on July 23,

2007. The subpoenas were issued to respondent Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson") of Research Triangle Park, North Carolina in the course of an administrative proceeding, entitled *Certain GPS Chips, Associated Software and Systems, and Products Containing Same* ("*GPS Chips*"), Inv. No. 337-TA-596, instituted under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337. A discussion of the subpoenas and the basis for the Commission's enforcement request may be found in the Commission's petition for enforcement and supporting memorandum. As set forth therein, the Commission commenced the enforcement proceeding at the request of SiRF Technology, Inc. of San Jose, California ("SiRF"), the complainant in the Commission's investigation.

On March 24, 2008, the Commission received a letter from counsel for complainant SiRF indicating that respondent Sony Ericsson had provided an electrical engineer for deposition and that complainant had received all of the information that Sony Ericsson is likely to furnish. Counsel further stated that SiRF seeks to withdraw its request for judicial enforcement of the subpoenas. A copy of the letter is attached.

Because complainant has received the information it sought from Sony Ericsson, the Commission wishes to withdraw its petition for enforcement of the

subpoenas issued against Sony Ericsson.

Date: April 14, 2008

Respectfully submitted,

James M. Lyons
General Counsel
D.C. Bar No. 304121

Wayne W. Herrington
Assistant General Counsel
D.C. Bar No. 55038

Michelle Walters
Attorney-Advisor
D.C. Bar No. 489524
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, D.C. 20436
tel.: (202) 708-5468
fax: (202) 205-3111




**Jacqueline Ferrand**
202-626-1570
jferrand@milchev.com

March 24, 2008

VIA HAND DELIVERY

Michelle Walters, Esq.
Office of the General Counsel
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436

*Re: Inv. No. 337-TA-596, Certain GPS Chips, Associated Software and Systems, and Products Containing Same*

Dear Ms. Walters:

I am writing with regard to the Subpoena Ad Testificandum and the Subpoena Duces Tecum ("subpoenas") issued on July 24, 2007, to non-party Sony Ericsson Mobile Communications (USA), Inc. ("Sony Ericsson"), in the above-captioned Investigation.

Complainant SiRF Technology, Inc. ("SiRF") seeks to withdraw its request for judicial enforcement of the subpoenas. On March 7, 2008, Sony Ericsson made an electrical engineer, Phillip Marc Johnson, available for deposition at its facility in Research Triangle Park, North Carolina. Thereafter, the hearing in this Investigation took place the following week, from March 13, 2008, through March 19, 2008.

SiRF believes that Mr. Johnson's deposition provided it with all of the information that Sony Ericsson is likely willing to furnish. As such, it is no longer necessary to enforce the subpoena.

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions.

Sincerely yours,

Jacqueline Ferrand

Jacqueline Ferrand *

* Admitted in Virginia. Not admitted in the District of Columbia. Practicing under the supervision of a member of the D.C. Bar while admission is pending.

## CERTIFICATE OF SERVICE

I, Lisa Butler, hereby certify that on March 24, 2008, copies of the attached **LETTER TO THE OFFICE OF THE GENERAL COUNSEL RE: SUBPOENAS ISSUED TO NON-PARTY SONY ERICSSON MOBILE COMMUNICATIONS (USA), Inc.** were served upon the following parties as indicated:

Michelle Walters, Esq
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
**(1 Copy)**

☒ **Via hand delivery**
☐ **Via courier (FedEx)**
☐ **Via facsimile**
☐ **Via Email (PDF File)**

Honorable Paul J. Luckern
Administrative Law Judge
U.S. International Trade Commission
500 E Street, SW Room 317
Washington, DC 20436
**(2 Copies)**

☒ **Via hand delivery**
☐ **Via courier (FedEx)**
☐ **Via facsimile**
☒ **Via Email (PDF File)**

**Email Service to:**
Robert A. Hall
Attorney Advisor to Honorable Paul Luckern
Robert.Hall@usitc.gov

Kevin G. Baer
Office of Unfair Import Investigations
500 E Street S.W. Room 401 -L
Washington, DC 20436
(Email: Kevin.Baer@usitc.gov)
**(1 Copy)**

☒ **Via hand delivery**
☐ **Via courier (FedEx)**
☐ **Via facsimile**
☒ **Via Email (PDF File)**

*On behalf of Respondent Global Locate, Inc*
Michael D. Esch, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Ave. N.W.
Washington, DC 20006
Michael: Michael.Esch@wilmerhale.com

☒ **Via hand delivery**
☐ **Via courier (FedEx)**
☐ **Via facsimile**
☐ **Via electronic mail**
☒ **Via Email (PDF File)**

WH337ta596@wilmerhale.com

**For Broadcom:**
Michael D. Esch, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(Email: Michael.Esch@wilmerhale.com)

☒ **Via hand delivery**
☐ **Via overnight courier**
☐ **Via facsimile**
☒ **Via electronic mail**

Lisa Butler
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 (Main)
(202) 626-5801 (Facsimile)

**CERTIFICATE OF SERVICE**

I, Michelle Walters, hereby certify that on this 14th day of April 2008, that a copy of the attached **MOTION TO WITHDRAW THE UNITED STATES INTERNATIONAL TRADE COMMISSION'S PETITION FOR AN ORDER TO ENFORCE TWO SUBPOENAS, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNITED STATES INTERNATIONAL TRADE COMMISSION'S MOTION TO WITHDRAW ITS PETITION FOR AN ORDER TO ENFORCE TWO SUBPOENAS AND PROPOSED ORDER** was served by first class mail, upon the following:

Sony Ericsson Mobile Communications (USA) Inc.
c/o Marcia Sundeen
KENYON & KENYON
1500 K Street, 0N.W.
Suite 700
Washington, DC 20005

Michelle Walters